WANNAMAKER, TRUSTEE, v. JOHNSON *ET AL.*

ORDER

The motion to reinstate the appeal in this case is refused because it appears that the appellant has not complied with the holdings of this Court in *Wade v. Gore,* 154 S. C., 262, 151 S. E., 470. See also *Fann v. State Highway Department.*

EUGENE S. BLEASE,
*Chief Justice.*

Columbia, S. C.,
June 15, 1931.